UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT PADUCAH

'11 JUL -5 AM 11:15

UNITED STATES OF AMERICA

v.

INDICTMENT

NO. 5:11CR17-R

42 U.S.C. § 408(a)(5)

**CATHERINE RANDOLPH ASKEW**

The Grand Jury charges:

## COUNT 1

Beginning in or about June 1997, and continuing until in or about September 2010, in McCracken County, and elsewhere, in the Western District of Kentucky, the defendant, **CATHERINE RANDOLPH ASKEW**, having made application to receive payment of Retirement and Survivors Insurance benefits under Title II of the Social Security Act, for the use and benefit of another, and having received such payments, knowingly and willfully converted such payments to a use other than for the use and benefit of such other person. Specifically, while acting as Representative Payee for her grandfather, W.R., the defendant, **CATHERINE RANDOLPH ASKEW**, failed to disclose the May 1997 death of W.R. in order to continue to receive and spend Retirement and Survivors Insurance benefits paid to the defendant by the Social Security Administration. By such action, defendant knowingly and willfully converted such payments of approximately $70,659.00, made payable to her on behalf of W.R., to her own use and benefit, to

which she knew that she was not entitled.

In violation of Title 42, United States Code, Section 408(a)(5).

A TRUE BILL.



FOREPERSON

DAVID J. HALE
United States Attorney

DJH:DS:110524

UNITED STATES OF AMERICA v. CATHERINE RANDOLPH ASKEW

## PENALTIES

Count 1: NM 5 yrs./$250,000/both/NM 3 yrs. Supervised Release.

## NOTICE

**ANY PERSON CONVICTED OF AN OFFENSE AGAINST THE UNITED STATES SHALL BE SUBJECT TO SPECIAL ASSESSMENTS, FINES, RESTITUTION & COSTS.**

SPECIAL ASSESSMENTS

18 U.S.C. § 3013 requires that a special assessment shall be imposed for each count of a conviction of offenses committed after November 11, 1984, as follows:

    Misdemeanor: $ 25 per count/individual      Felony: $100 per count/individual
                         $125 per count/other                      $400 per count/other

FINES

In addition to any of the above assessments, you may also be sentenced to pay a fine. Such fine is due <u>immediately</u> unless the court issues an order requiring payment by a date certain or sets out an installment schedule. You shall provide the United States Attorney's Office with a current mailing address for the entire period that any part of the fine remains unpaid, or you may be held in contempt of court. 18 U.S.C. § 3571, 3572, 3611, 3612

**Failure to pay fine as ordered may subject you to the following:**

1. **INTEREST** and **PENALTIES** as applicable by law according to last date of offense.

    <u>For offenses occurring after December 12, 1987:</u>

    No **INTEREST** will accrue on fines under $2,500.00.

    **INTEREST** will accrue according to the Federal Civil Post-Judgment Interest Rate in effect at the time of sentencing. This rate changes monthly. Interest accrues from the first business day following the two week period after the date a fine is imposed.

    **PENALTIES** of:

    10% of fine balance if payment more than 30 days late.

    15% of fine balance if payment more than 90 days late.

2.      Recordation of a **LIEN** shall have the same force and effect as a tax lien.

3.      Continuous **GARNISHMENT** may apply until your fine is paid.

18 U.S.C. §§ 3612, 3613

     If you **WILLFULLY** refuse to pay your fine, you shall be subject to an **ADDITIONAL FINE** of not more than the greater of $10,000 or twice the unpaid balance of the fine; or **IMPRISONMENT** for not more than 1 year or both. 18 U.S.C. § 3615

RESTITUTION

If you are convicted of an offense under Title 18, U.S.C., or under certain air piracy offenses, you may also be ordered to make restitution to any victim of the offense, in addition to, or in lieu of any other penalty authorized by law. 18 U.S.C. § 3663

APPEAL

If you appeal your conviction and the sentence to pay your fine is stayed pending appeal, the court shall require:

1. That you deposit the entire fine amount (or the amount due under an installment schedule during the time of your appeal) in an escrow account with the U.S. District Court Clerk, or

2. Give bond for payment thereof.

18 U.S.C. § 3572(g)

PAYMENTS

If you are ordered to make payments to the U.S. District Court Clerk's Office, certified checks or money orders should be made payable to the Clerk, U.S. District Court and delivered to the appropriate division office listed below:

    LOUISVILLE:    Clerk, U.S. District Court
                               106 Gene Snyder U.S. Courthouse
                               601 West Broadway
                               Louisville, KY 40202
                               502/625-3500

    BOWLING GREEN:    Clerk, U.S. District Court
                               120 Federal Building
                               241 East Main Street
                               Bowling Green, KY 42101
                               270/393-2500

    OWENSBORO:    Clerk, U.S. District Court
                               126 Federal Building
                               423 Frederica
                               Owensboro, KY 42301
                               270/689-4400

    PADUCAH:    Clerk, U.S. District Court
                               127 Federal Building
                               501 Broadway
                               Paducah, KY 42001
                               270/415-6400

If the court finds that you have the present ability to pay, an order may direct imprisonment until payment is made.

FORM DBD-34
JUN.85

No. 5:11CR17-R

# UNITED STATES DISTRICT COURT
Western District of Kentucky
Paducah Division

THE UNITED STATES OF AMERICA

vs.

CATHERINE RANDOLPH ASKEW

## INDICTMENT
Title 42 U.S.C. §408(a)(5):
SSA Representative Payee Fraud.

*A true bill.*



Foreman

*Filed in open court this 5th day of July, A.D. 2011.*

FILED
JUL 0 5 2011

Clerk

*Bail, $*

VANESSA L. ARMSTRONG
BY_____
DEPUTY CLERK